UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WADE WILLIS SLAUGHTER,

                Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

Case No. C25-0430-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

Plaintiff Wade Willis Slaughter's application to proceed *in forma pauperis* (IFP), Dkt. 1, is deficient. He indicates that he has not worked for ten years and has no form of income or benefits. *Id.* at 1. Plaintiff also states he has no property or dependents and has only $1.24 in his checking and savings accounts. *Id.* at 2. He provides no information as to his monthly expenses, such as housing, transportation, utilities, or other regular monthly expenses, and it is unclear how he would meet any expenses that he has. *Id.*

The Court cannot assess Plaintiff's application for IFP as written. Plaintiff must submit a revised, signed, and properly dated IFP application within **twenty (20) days** of the date of this

MINUTE ORDER - 1

1  Order.  He must provide complete and detailed financial information, including details on his

2  monthly expenses and any further helpful information on why he cannot pay his filing fee.

3  Failure to comply with this Order may result in denial of IFP or dismissal of the case.

4      Dated this 17th day of March, 2025.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2