UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WADE WILLIS SLAUGHTER,

    Plaintiff,

v.

USA et al.,

    Defendants.

Case No. C25-0430-JHC

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 4, to which there was no objection, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's IFP Application, Dkt. 1, is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the Complaint only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to the Parties and to Judge Vaughan.

Dated this 6th day of May, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2